# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT SALINAS,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO CDC LLC; a Delaware Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case: 4:16-cv-01577-KAW<br><br>**ORDER** |

## **ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 8/16/16

_____
HONORABLE KANDIS A. WESTMORE
UNITED STATES DISTRICT COURT JUDGE